IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, on behalf of HILDA L. SOLIS, Secretary of Labor, Mine Safety and Health Administration | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-11-CA-282-FM |
| EFRAIN CORCHADO, Individually and d/b/a CORCHADO'S DIMENSIONAL FENCE ROCK, | § § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with its "Order Granting United States' Application for Default Judgment," signed on this day, the court enters its final judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

The Clerk of the Court is instructed to **STRIKE** this matter from the docket. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** Judgment. All pending motions in this matter, if any, are **DENIED** as **MOOT**. The Clerk of the Court is instructed to **CLOSE** this case.

**SIGNED** this **28th** day of **November**, **2011**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE